091316Lf

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| MICHAEL JEROME SERBOUSEK, <br><br>  Plaintiff,<br> vs.<br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>  Defendant. | No. 16 cv 007 EJM <br><br> ORDER |

Before the court is plaintiff's unresisted Motion for Attorney Fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, filed August 23, 2016. Granted.

It is therefore

ORDERED

Granted. Plaintiff is awarded $6,705.96 pursuant to 28 U.S.C. § 2412(d), to be paid directly to the plaintiff by the Social Security Administration.

September 13, 2016

Edward J. McManus, Judge
UNITED STATES DISTRICT COURT